THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA W. SCHICK, Appellant, *v.* ROLLAND B. MARVIN, as Mayor of the City of Syracuse, et al., Respondents.

Argued September 29, 1937; decided October 19, 1937.

*James F. Brazell, Frank J. Cregg, Jr.,* and *Thomas J. Lowery* for appellant.

*James C. Tormey, Corporation Counsel* (*John F. Hmiel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.